# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

George Iakovou
**Defendant.**

NOTICE OF APPEARANCE

Docket Number: 4:22 MJ 157 (middle District of Georgia)

Judge:

Date: 10/26/22

PLEASE NOTICE, that I have been RETAINED by George Iakovou the above named defendant. I was admitted to practice in this district on 1971.

Signature: _Ira Lee Sorkin_

Print Name: Ira Lee Sorkin

Bar Code: 1S8884

Office Address: Mintz & Gold LLP
600 Third Avenue, 25th Floor, NY NY 10016

Telephone #: 212-696-4848 / 516-353-0207

*** NOTICE TO ATTORNEY ***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.