SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

EMMANOUIL PAVLAKIS AND FROSO PAVLAKIS,

                Defendants.
------------------------------------------------------------------------X

Index No. 22 533500

**JUDGEMENT
BY CONFESSION**

Upon the filing of the foregoing affidavits of Confession of Judgment made by Defendants Emmanouil Pavlakis, sworn on the 15th day of November, 2022, and Froso Pavlakis, sworn on the 15th day of November, 2022;

NOW, on motion of MINTZ AND GOLD LLP, 600 Third Avenue, 25th Floor, New York, NY 10016, attorneys for Defendants; it is

ADJUDGED that the UNITED STATES OF AMERICA, plaintiff, located at 147 Pierrepont Street, Brooklyn, New York 11201, does recover of EMMANOUIL PAVLAKIS and FROSO PAVLAKIS, residing at 7910 14th Avenue, Brooklyn, NY 11228, the sum of ONE MILLION AND FIVE HUNDRED THOUSAND DOLLARS with interest of $0.00, making for a total of ONE MILLION AND FIVE HUNDRED THOUSAND DOLLARS ($1,500,000.00), secured by a property located in Kings County at 7910 14th Avenue, Brooklyn, NY 11228, and that Plaintiff have execution thereof, with a bill of Defendants' costs being waived.

~~Dated: November ____, 2022~~

*Nancy T. Sunshine*
CLERK

KINGS COUNTY CLERK
FILED
2022 NOV 16 AM 11:36