SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                   Plaintiff,          Index No.

-against-

                                                                 AFFIDAVIT FOR
                                                                 JUDGMENT
                                                                 BY CONFESSION
                                                                 <u>OF EMMANOUIL PAVLAKIS</u>

EMMANOUIL PAVLAKIS AND FROSO PAVLAKIS,

                                                  Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                                   ) ss.
COUNTY OF KINGS      )

    Emmanouil Pavlakis being duly sworn says:

    1.    I am a Defendant in this action. I make this affidavit pursuant to CPLR § 3218.

    2.    I reside at 7910 14th Avenue, Brooklyn, New York 11228, which is in Kings County, New York.

    3.    I hereby authorize the entry of judgment by confession in the favor of the plaintiff against me in the sum of one million and five hundred thousand dollars ($1,500,000).

    4.    This confession of judgment is for the purpose of securing the plaintiff against a contingent liability arising upon the following facts: I executed, as surety, an Appearance Bond for George Iakovou, which is part of an Order Setting Conditions of Release and Appearance Bond, dated October 26, 2022, filed in the United States District Court, Eastern District of New York (1:22-mj-01155-TAM). In the event of a court-ordered forfeiture of the Appearance Bond, I will be liable for one million and five hundred thousand dollars ($1,500,000), including any

interest and costs, secured with an interest in my house at 7910 14th Avenue, Brooklyn, New York, 11228. The sum confessed does not exceed the amount of potential liability under the terms of the Appearance Bond.

_____
Emmanouil Pavlakis

Sworn to before me this 15th day of November, 2022.

_____
Notary Public

IOANNIS G. FALIDAS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FA6385837
Qualified in Queens County
My Commission Expires 01-14-2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                  Plaintiff,      Index No.

-against-

                                  **AFFIDAVIT FOR**
                                  **JUDGMENT**
                                  **BY CONFESSION**
                                  <u>**OF FROSO PAVLAKIS**</u>

EMMANOUIL PAVLAKIS AND FROSO PAVLAKIS,

                                Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss.
COUNTY OF KINGS      )

Froso Pavlakis being duly sworn says:

1. I am a Defendant in this action. I make this affidavit pursuant to CPLR § 3218.

2. I reside at 7910 14th Avenue, Brooklyn, New York 11228, which is in Kings County, New York.

3. I hereby authorize the entry of judgment by confession in the favor of the plaintiff against me in the sum of one million and five hundred thousand dollars ($1,500,000).

4. This confession of judgment is for the purpose of securing the plaintiff against a contingent liability arising upon the following facts: I executed, as surety, an Appearance Bond for George Iakovou, which is part of an Order Setting Conditions of Release and Appearance Bond, dated October 26, 2022, filed in the United States District Court, Eastern District of New York (1:22-mj-01155-TAM). In the event of a court-ordered forfeiture of the Appearance Bond, I will be liable for one million and five hundred thousand dollars ($1,500,000), including any

interest and costs, secured with an interest in my house at 7910 14th Avenue, Brooklyn, New York, 11228. The sum confessed does not exceed the amount of potential liability under the terms of the Appearance Bond.

_____
Froso Pavlakis

Sworn to before me this 15th day of November, 2022.

_____
Notary Public

IOANNIS G. FALIDAS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01FA6385837
Qualified in Queens County
My Commission Expires 01-14-2023